IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **NELSON JULIAN SALCEDO DURAN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | ) **Case No. 6:26-cv-03594-MDH** |
| | ) |
| **JASON JOHNSON,** ***et al.*** | ) |
| | ) |
| | ) |
| **Respondents.** | ) |

**ORDER OF DISMISSAL**

Before the Court is Respondents' Motion to Dismiss for Mootness.[1] (Doc. 6). Respondents state that Petitioner was released from custody on Tuesday, September 22, 2026. The Court therefore finds that Petitioner's Petition for Writ of Habeas Corpus is moot. It is hereby **ORDERED** that this case is **DISMISSED** without prejudice. It is further ordered that Respondents' request for transfer pursuant to Local Rule 83.9(c)(4) (Doc. 3) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: September 28, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

[1] Petitioner names former Greene County Sheriff Jim Arnott in his Petition. The case caption has been corrected to reflect the current Green County Sheriff, Jason Johnson.